IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

L. POWERS,
a.k.a. ILANA RIGWAN,

    Plaintiff,

v.                                      4:21cv483–WS/MAF

TREASURE HUNT.GOV,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
AMENDED REPORT AND RECOMMENDATION

Before the court is the magistrate judge's amended report and recommendation (ECF No. 10) docketed January 14, 2022. The magistrate judge recommends that Plaintiff's case be dismissed for failure to state a claim on which relief may be granted. Plaintiff has filed objections (ECF No. 12) to the report and recommendation.

Having reviewed the record in light of Plaintiff's objections, the court finds that the magistrate judge's amended report and recommendation is due to be adopted.

Page 2 of 2

Accordingly, it is ORDERED:

1. The magistrate judge's amended report and recommendation (ECF No. 10) is hereby ADOPTED and incorporated by reference in this order.

2. Plaintiff's complaint and this action are DISMISSED for failure to state a claim.

3. The clerk shall enter judgment stating: "All claims are dismissed."

4. The clerk shall close the case.

DONE AND ORDERED this   22nd   day of   February  , 2022.


          s/ William Stafford
          WILLIAM STAFFORD
          SENIOR UNITED STATES DISTRICT JUDGE